UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MATTIE RENEE MOORE,<br><br>  Defendant. | Criminal No. 09-43-ART-(9)<br><br>**ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on defendant Mattie Renee Moore's six alleged violations of the terms of her supervised release. Moore admitted to the charged violations. R. 456 at 1. Pursuant to the Court's referral order, R. 450, Magistrate Judge Edward Atkins filed a Report and Recommendation ("R&R") that Moore be sentenced to four months incarceration, followed by six months in a halfway house, and a continuation her current term of supervision following her incarceration. R. 456 at 1, 5–6. The defendant did not object to the R&R. Accordingly, it is **ORDERED** that the R&R, R. 456, is **ADOPTED** as the opinion of the Court. The Court will issue a separate judgment.

This the 16th day of March, 2016.



Signed By:
Amul R. Thapar  AT
United States District Judge